# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

*Richard John Martinez, Jr.*    v.    *Warden Ivan Bartos*

THE HONORABLE JOHN W. SEDWICK        3:06-cv-00589-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**        Date:  October 3, 2006

    Richard John Martinez filed a habeas corpus petition at docket 1. In a very thorough report at docket 13, Magistrate Judge Mathis recommends that the petition be denied. No objections have been filed to the recommendation.

    This court reviews recommendations such as the one here as follows: All recommended findings of fact as to which an objection is made and all recommended conclusions of law are reviewed *de novo*; all recommended findings of fact as to which no objection is made are reviewed for clear error. Having applied the preceding standard, this court finds that all of the recommended findings of fact and conclusions of law by the magistrate judge are correct. For that reason, this court adopts her recommended findings and conclusions. Based thereon, the petition is **DENIED**.

    The Clerk will please enter judgment accordingly.